B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Case Number** 09−33864−DOT
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Timothy A. Boswell
dba Madison Construction, dba Boswell Homes
600 Brighton Drive
Richmond, VA 23235

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−8670

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: September 30, 2009                                             William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: admin                  Page 1 of 2                   Date Rcvd: Sep 30, 2009
Case: 09-33864                 Form ID: B18                 Total Noticed: 38


The following entities were noticed by first class mail on Oct 02, 2009.
db           +Timothy A. Boswell,    600 Brighton Drive,    Richmond, VA 23235-5000
tr           +Lynn L. Tavenner,    Tavenner & Beran, PLC,    20 North Eighth Street, Second Floor,
               Richmond, VA 23219-3302
8996766      +Absolute Mechanical,    89 Ashburn Road,    Cumberland, VA 23040-2014
8996767      +Adenauer Enterprises, Inc.,    14100 Jeff Davis Hwy,    Chester, VA 23831-5336
8996768      +Bank of America,    Focus Receivables Mgmt,    1130 Northchase Pkwy, Ste 150,
               Marietta, GA 30067-6429
8996769      +Bank of America Mortgage,    475 Crosspoint Parkway,    NY2-001-02-14,    Getzville, NY 14068-1609
8996771      +Bank of America, N.A.,    Dominion Law Associaes,    222 Central Park Avenue,
               Virginia Beach, VA 23462-3022
8996772      +Baron & Snipes Co.,    Coates & Davenport, P.C.,    5206 Markel Road, Suite 200,
               Richmond, VA 23230-3044
8996773      +Beneficial Virginia Inc.,    Glasser & Glasser, P.L.C.,    P.O. Box 3400,    Norfolk, VA 23514-3400
8996775      +Builder’s Insulation,    P.O. Box 40,    Mc Farland, WI 53558-0040
8996776       Builders Mutual Ins. Co.,    c/o Charles Kyles, Esq.,    1033 Wade Avenue, St. 202,
               Raleigh, NC 27605-1155
8996777       CBCS,    P.O. Box 163006,    Columbus, OH 43216-3006
8996779      +Coldwell Banker Realty,    ATTN: John Goosey,    1700 Huguenot Road,    Midlothian, VA 23113-2397
8996780      +Daniel T. Boswell,    4306 Cleveland Street,    Hollywood, FL 33021-4718
8996781       Dr. Glen Reinbold,    King Arthur Court,    Wilmington, NC
8996782      +Earl Kirby,    285 Sports Lake Road,    Cumberland, VA 23040-2000
8996783      +Evans Carpet Corporation,    511 Branchway Road,    Richmond, VA 23236-3032
8996784      +Great Plains Capital Corp.,    Nathan Colarusso, Esquire,    11 South 12th Street,
               Richmond, VA 23219-4053
8996785      +Herbert E. Maxey, Jr., Esquire,    P.O. Box 257,    13160 W. James Anderson Hwy,
               Buckingham, VA 23921-0257
8996787      +Home Depot/Citibank,    Capital Management Svs, LP,    726 Exchange St., Ste 700,
               Buffalo, NY 14210-1494
8996789      +Kimberlyn Boswell,    600 Brighton Drive,    Richmond, VA 23235-5000
8996790      +Kimberlyn D. Taylor-Boswell,    600 Brighton Drive,    Richmond, VA 23235-5000
8996791       Lowe’s/GE Money Bank,    Encore Receivable Mgmt, Inc,    P.O. Box 3330,    Olathe, KS 66063-3330
8996793      +Lowe’s/GE Money Bank,    LVNV Funding LLC,    P.O. Box 10584,    Greenville, SC 29603-0584
8996792       Lowe’s/GE Money Bank,    Nationwide Credit, Inc.,    2015 Vaughn Road, N.W. Bld 400,
               Kennesaw, GA 30144-7801
8996795      +Mo-Johns,    1936 Cartersville Road,    Cartersville, VA 23027-9618
8996796      +N. B. Goodwyn & Sons, Inc.,    R. Glen Morgan, Esquire,    P.O. Box 3570,    Chester, VA 23831-8481
8996798      +Quality Building Products,    517 Turner Road,    Richmond, VA 23225-6421
8996799      +R.C. May Plumbing,    3201 Wahrani Lane,    Lanexa, VA 23089-5605
8996800      +Stock Building Supplies,    c/o Andrew Harris, Esq.,    1409 East Ridge Road,
               Richmond, VA 23229-5501
8996801      +Stock Loan Services.,    c/o Andrew Harris, Esq.,    1409 Eastridge Road,    Richmond, VA 23229-5501
8996802      +Woodrow K. Cofer, Inc., CLS,    P.O. Box 8,    Powhatan, VA 23139-0008
8996797       nTelos-Wireless 20,    Park Dansan,    P.O. Box 248,    Gastonia, NC 28053-0248

The following entities were noticed by electronic transmission on Sep 30, 2009.
tr           +EDI: QLLTAVENNER.COM Sep 30 2009 20:13:00      Lynn L. Tavenner,    Tavenner & Beran, PLC,
               20 North Eighth Street, Second Floor,    Richmond, VA 23219-3302
cr           +EDI: RECOVERYCORP.COM Sep 30 2009 20:13:00      Recovery Management Systems Corporation,
               25 SE 2nd Ave Ste 1120,    Miami, FL 33131-1605
8996770       EDI: BANKAMER.COM Sep 30 2009 20:13:00      Bank of America Mortgage,    4161 Piedmont Parkway,
               NC4-105-01-34,    Greensboro, NC 27410-8110
8996769      +EDI: BANKAMER2.COM Sep 30 2009 20:13:00      Bank of America Mortgage,    475 Crosspoint Parkway,
               NY2-001-02-14,    Getzville, NY 14068-1609
8996778       E-mail/Text: GLOVIERL@CHESTERFIELD.GOV                            Chesterfield County,
               Treasurer’s Office,    P.O. Box 26585,    Richmond, VA 23261-6585
8996786      +EDI: HFC.COM Sep 30 2009 20:13:00      HFC/Beneficial,    P.O. Box 1547,
               Chesapeake, VA 23327-1547
9028062       EDI: RECOVERYCORP.COM Sep 30 2009 20:13:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Great Plains Capital Corporation
8996774       Boswell Homes, Inc.
8996788       Julio C. Mancada
8996794       Madison Construction, LLC
                                                                                              TOTALS: 4, * 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0422-7           User: admin                  Page 2 of 2              Date Rcvd: Sep 30, 2009
Case: 09-33864                 Form ID: B18                 Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 02, 2009**               **Signature:** _Joseph Speetjens_