UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
BOSWELL, TIMOTHY A. § Case No. 09-33864 DOT
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Lynn L. Tavenner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Lynn L. Tavenner _____
                                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Mortgage 4161 Piedmont Parkway NC4-105-01-34 Greensboro, NC 27410-8110 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Mortgage 475 Crosspoint Parkway NY2-001-02-14 Getzville, NY 14068-9000 | | | | | |
| 000011 | EARL KIRBY | | | | | |
| | TREASURER CHESTERFIELD COUNTY | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LYNN L. TAVENNER, TRUSTEE | | | | | |
| LYNN L. TAVENNER, TRUSTEE | | | | | |
| MRSC INSURANCE PARTNERS, LLC | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009A | TREASURER CHESTERFIELD COUNTY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Absolute Mechanical 89 Ashburn Road Cumberland, VA 23040 | | | | | |
| | Adenauer Enterprises, Inc. 14100 Jeff Davis Hwy Chester, VA 23831 | | | | | |
| | Bank of America Focus Receivables Mgmt 1130 Northchase Pkwy, Ste 150 Marietta, GA 30067 | | | | | |
| | Bank of America, N.A. Dominion Law Associaes 222 Central Park Avenue Virginia Beach, VA 23462-3026 | | | | | |
| | Baron & Snipes Co. Coates & Davenport, P.C. 5206 Markel Road, Suite 200 Richmond, VA 23230 | | | | | |
| | Builder's Insulation P.O. Box 40 Mc Farland, WI 53558 | | | | | |
| | Coldwell Banker Realty ATTN: John Goosey 1700 Huguenot Road Midlothian, VA 23113 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Daniel T. Boswell 4306 Cleveland Street Hollywood, FL 33021 | | | | | |
| | Dr. Glen Reinbold King Arthur Court Wilmington, NC | | | | | |
| | Earl Kirby 285 Sports Lake Road Cumberland, VA | | | | | |
| | Evans Carpet Corporation 511 Branchway Road Richmond, VA 23236 | | | | | |
| | HFC/Beneficial P.O. Box 1547 Chesapeake, VA 23327 | | | | | |
| | Home Depot/Citibank Capital Management Svs, LP 726 Exchange St., Ste 700 Buffalo, NY 14210 | | | | | |
| | Kimberlyn Boswell 600 Brighton Drive Richmond, VA 23235 | | | | | |
| | Mo-Johns 1936 Cartersville Road Cartersville, VA 23027 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | R.C. May Plumbing 3201 Wahrani Lane Lanexa, VA 23089 |  |  |  |  |  |
|  | Stock Building Supplies c/o Andrew Harris, Esq. 1409 East Ridge Road Richmond, VA 23229 |  |  |  |  |  |
|  | Stock Loan Services. c/o Andrew Harris, Esq. 1409 Eastridge Road Richmond, VA 23229 |  |  |  |  |  |
|  | nTelos-Wireless 20 Park Dansan P.O. Box 248 Gastonia, NC 28053-0248 |  |  |  |  |  |
| 000004 | BENEFICIAL |  |  |  |  |  |
| 000005 | BUILDERS MUTUAL INSURANCE COMPANY |  |  |  |  |  |
| 000008 | BUILDERS MUTUAL INSURANCE COMPANY |  |  |  |  |  |
| 000010 | CAPITAL RECOVERY III LLC |  |  |  |  |  |
| 000001 | GREAT PLAINS CAPITAL CORPORATION |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | HERBERT E. MAXEY, JR., ESQUIRE | | | | | |
| 000007 | MASCO CONTRACTOR SERVICES | | | | | |
| 000006 | N.B. GOODWYN & SONS, INC. | | | | | |
| 000009B | TREASURER CHESTERFIELD COUNTY | | | | | |
| 000002 | WOODROW K. COFER, INC., CLS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-33864 | DOT | Judge: Douglas O. Tice, Jr. |
|---|---|---|---|
| Case Name: | BOSWELL, TIMOTHY A. | | |

| Trustee Name: | Lynn L. Tavenner |
|---|---|
| Date Filed (f) or Converted (c): | 06/17/09 (f) |
| 341(a) Meeting Date: | 07/27/09 |
| Claims Bar Date: | 04/14/11 |

For Period Ending: 04/26/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 600 BRIGHTON DRIVE, RICHMOND, VA 23235; AKA BRIGHTON PLACE 000-003; MIDLOTHIAN MAGISTERIAL DISTRICT, CHESTERFIELD COUNTY. PARCEL ID NO. 756707188800000. | 225,000.00 | 0.26 | | 0.00 | FA |
| 2. SUNTRUST BANK: CHECKING ACCOUNT | 225.00 | 0.00 | | 0.00 | FA |
| 3. FURNISHINGS: HOUSEHOLD FURNITURE, INCLUDING LIVING ROOM, DINING ROOM, 3 BEDROOMS, DEN, KITCHEN, ETC. INCLUDING TVS (OLD), AUDIO, AND COMPUTER. | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS, PICTURES, ART OBJECTS: MISCELLANEOUS FAMILY PHOTOS, PRINTS, AND BOOKS. | 100.00 | 100.00 | | 0.00 | FA |
| 5. CLOTHING | 250.00 | 0.00 | | 0.00 | FA |
| 6. WEDDING RING | 50.00 | 0.00 | | 0.00 | FA |
| 7. FIREARM AND SPORTS EQUIPMENT: SHOTGUN @ $50, AND GOLF CLUBS @ 100. | 150.00 | 0.00 | | 0.00 | FA |
| 8. ROTH IRA | 2,322.00 | 0.00 | | 0.00 | FA |
| 9. SIMPLE IRA | 436.00 | 0.00 | | 0.00 | FA |
| 10. MADISON CONSTRUCTION, LLC: SOLE MEMBER (DEBTS LIKELY EXCEED ASSETS) | 1.00 | 0.00 | | 0.00 | FA |
| 11. INTEREST IN BOSWELL HOMES, INC. @ 50% (DEBTS EXCEED ASSETS) | 1.00 | 0.00 | | 0.00 | FA |
| 12. MADISON CONSTRUCTION, LLC -- OWES DEBTOR $80K, BUT BELIEVED TO BE UNCOLLECTIBLE) | 1.00 | 79,999.00 | | 29,166.67 | FA |
| 13. POTENTIAL TAX REFUNDS | 1.00 | 0.00 | | 0.00 | FA |
| 14. TRAILER | 750.00 | 150.00 | | 0.00 | FA |
| 15. 2004 FORD VAN (WINDSTAR) (1/2 INTEREST) VIN 2FMDA516X4BA55215 (100K MILES) | 3,500.00 | 1,499.00 | | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 17.01

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 09-33864 | DOT | Judge: Douglas O. Tice, Jr. | | Trustee Name: | Lynn L. Tavenner |
| Case Name: | BOSWELL, TIMOTHY A. | | | | Date Filed (f) or Converted (c): | 06/17/09 (f) |
| | | | | | 341(a) Meeting Date: | 07/27/09 |
| | | | | | Claims Bar Date: | 04/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16. PERSONAL TOOLS: CARPENTRY AND POWER @ $400; | 400.00 | 0.00 | | 0.00 | FA |
| 17. DOGS (2) | 20.00 | 10.00 | | 0.00 | FA |
| 18. ANY INTEREST IN PROPERTY THE DEBTOR ACQUIRES OR BECOMES ENTITLED TO ACQUIRE WITHIN 180 DAYS OF THE FILING OF THIS PETITION IN BANKRUPTCY BY BEQUEST, DEVISE OR INHERITANCE; AS A RESULT OF A PROPERTY SETTLEMENT AGREEMENT OR OF A DIVORCE DECREE; OR AS BENEFICIARY OF A LIFE INSURANCE POLICY OR OF A DEATH BENEFIT PLAN; AND ANY OTHER ENTITLEMENTS. | 1.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 4.10 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $235,208.00 | $81,758.26 | $29,170.77 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 29, 2010, 11:12 am   Trustee determined no assets and NDR will be filed.  Projected NDR 2/16/10.

January 28, 2011, 03:03 pm   Trustee learned of settlement of litigation brought by debtor and his defunct construction company and have been monitoring same throughout 2010.  In January,  received funds designated as estate's share.  Must proceed to document settlement, receive approval of same and review claims.  Also may need to hire accountant.

1/31/12  Trustee is reviewing claims in an effort to recolve dispute as to whether funde received are actually estate assets.  Upon finalization with counsel of company, TFR will be filed.  TFR date 6/1/12.

LFORM1                                                                                                                                                                                                   Ver: 17.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-33864   DOT   Judge: Douglas O. Tice, Jr. | Trustee Name: | Lynn L. Tavenner |
| Case Name: | BOSWELL, TIMOTHY A. | Date Filed (f) or Converted (c): | 06/17/09 (f) |
| | | 341(a) Meeting Date: | 07/27/09 |
| | | Claims Bar Date: | 04/14/11 |

1/31/13 All issues resolved. TFR to be submitted in January.

Initial Projected Date of Final Report (TFR): 05/16/08     Current Projected Date of Final Report (TFR): 01/31/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-33864 -DOT | Trustee Name: | Lynn L. Tavenner |
|---|---|---|---|
| Case Name: | BOSWELL, TIMOTHY A. | Bank Name: | VIRGINIA HERITAGE |
| | | Account Number / CD #: | *******7284  Checking - Non Interest |
| Taxpayer ID No: | *******0806 | | |
| For Period Ending: | 04/26/13 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/10/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 28,877.44 | | 28,877.44 |
| 03/25/13 | 001001 | Lynn L. Tavenner, Trustee<br>20 North Eighth Street<br>Second Floor<br>Richmond, VA  23219 | Chapter 7 Compensation/Fees | 2100-000 | | 3,667.08 | 25,210.36 |
| 03/25/13 | 001002 | Lynn L. Tavenner, Trustee<br>20 North Eighth Street<br>Second Floor<br>Richmond, VA  23219 | Chapter 7 Expenses | 2200-000 | | 88.05 | 25,122.31 |
| 03/25/13 | 001003 | Treasurer Chesterfield County<br>Attn: Laura Saxon<br>PO Box 70<br>Chesterfield VA 23832 | Claim 000009A, Payment 100.00000% | 4700-000 | | 2,375.59 | 22,746.72 |
| 03/25/13 | 001004 | Great Plains Capital Corporation<br>Attn: Gary Wieseler<br>PO Box 1068<br>Columbus, NE 68602-1068 | Claim 000001, Payment 13.67990% | 7100-000 | | 3,037.57 | 19,709.15 |
| 03/25/13 | 001005 | Woodrow K. Cofer, Inc., CLS<br>P.O. Box 8<br>Powhatan, VA 23139-0000 | Claim 000002, Payment 13.67959% | 7100-000 | | 201.09 | 19,508.06 |
| 03/25/13 | 001006 | Herbert E. Maxey, Jr., Esquire<br>P.O. Box 257<br>13160 W. James Anderson Hwy<br>Buckingham, VA 23921-0000 | Claim 000003, Payment 13.67971% | 7100-000 | | 374.14 | 19,133.92 |
| 03/25/13 | 001007 | BENEFICIAL<br>P.O. BOX 10490<br>VIRGINIA BEACH, VA 23450 | Claim 000004, Payment 13.67991% | 7100-000 | | 889.36 | 18,244.56 |
| 03/25/13 | 001008 | Builders Mutual Insurance Company<br>Charles C. Kyles | Claim 000005, Payment 13.67970% | 7100-000 | | 316.38 | 17,928.18 |
| | | | Page Subtotals | | 28,877.44 | 10,949.26 | |

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-33864 -DOT | | Trustee Name: | Lynn L. Tavenner |
| Case Name: | BOSWELL, TIMOTHY A. | | Bank Name: | VIRGINIA HERITAGE |
| | | | Account Number / CD #: | *******7284 Checking - Non Interest |
| Taxpayer ID No: | *******0806 | | | |
| For Period Ending: | 04/26/13 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/25/13 | 001009 | 1033 Wade Avenue, Suite 202<br>Raleigh NC 27605<br>N.B. Goodwyn & Sons, Inc. | Claim 000006, Payment 13.67989% | 7100-000 | | 16,812.00 | 1,116.18 |
| 03/25/13 | 001010 | Daniels & Morgan<br>P.O. Box 3570<br>Chester, VA 23831<br>Masco Contractor Services<br>dba Quality Building Products (Div 705)<br>260 Jimmy Ann Drive<br>Daytona Beach, FL 32114 | Claim 000007, Payment 13.67993% | 7100-000 | | 75.65 | 1,040.53 |
| 03/25/13 | 001011 | Builders Mutual Insurance Company | Claim 000008, Payment 13.67970% | 7100-000 | | 316.38 | 724.15 |
| 03/25/13 | 001012 | Charles C. Kyles<br>1033 Wade Avenue, Suite 202<br>Raleigh NC 27605<br>Treasurer Chesterfield County<br>Attn: Laura Saxon<br>PO Box 70<br>Chesterfield VA 23832 | Claim 000009B, Payment 13.68017% | 7100-000 | | 163.82 | 560.33 |
| 03/25/13 | 001013 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000010, Payment 13.67997% | 7100-000 | | 560.33 | 0.00 |

Page Subtotals    0.00    17,928.18

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-33864 -DOT | Trustee Name: | Lynn L. Tavenner |
| Case Name: | BOSWELL, TIMOTHY A. | Bank Name: | VIRGINIA HERITAGE |
| | | Account Number / CD #: | *******7284  Checking - Non Interest |
| Taxpayer ID No: | *******0806 | | |
| For Period Ending: | 04/26/13 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 28,877.44 | 28,877.44 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 28,877.44 | 0.00 | |
| | | | Subtotal | | 0.00 | 28,877.44 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 28,877.44 | |

Page Subtotals         0.00         0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 09-33864 -DOT | Trustee Name: | Lynn L. Tavenner |
|---|---|---|---|
| Case Name: | BOSWELL, TIMOTHY A. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0503  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0806 | | |
| For Period Ending: | 04/26/13 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/12/11 | 12 | MARK S. PAULLIN, PC<br>TRUST ACCOUNT<br>575-A SOUTHLAKE BLVD.<br>RICHMOND, VA  23236-3092 | SETTLEMENT FUNDS PENDING APPROVAL | 1121-000 | 29,166.67 | | 29,166.67 |
| 01/31/11 | INT | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.41 | | 29,167.08 |
| 02/28/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.22 | | 29,167.30 |
| 03/31/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.25 | | 29,167.55 |
| 04/29/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.23 | | 29,167.78 |
| 05/31/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.26 | | 29,168.04 |
| 06/30/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.24 | | 29,168.28 |
| 07/29/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.24 | | 29,168.52 |
| 08/31/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.25 | | 29,168.77 |
| 09/30/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.24 | | 29,169.01 |
| 10/31/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.25 | | 29,169.26 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 37.16 | 29,132.10 |
| 11/30/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.24 | | 29,132.34 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 35.92 | 29,096.42 |
| 12/30/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.24 | | 29,096.66 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 35.87 | 29,060.79 |
| 01/31/12 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.25 | | 29,061.04 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 38.11 | 29,022.93 |
| 02/28/12 | 000101 | MRSC INSURANCE PARTNERS, LLC<br>6190 COCHRAN ROAD, SUITE E<br>SOLON, OHIO 44139 | TRUSTEE BOND | 2300-000 | | 28.76 | 28,994.17 |
| 02/29/12 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.23 | | 28,994.40 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 34.49 | 28,959.91 |
| 03/30/12 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.24 | | 28,960.15 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 35.61 | 28,924.54 |

Page Subtotals    29,170.46    245.92

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 16)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-33864 -DOT | | Trustee Name: | Lynn L. Tavenner |
| Case Name: | BOSWELL, TIMOTHY A. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0503  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0806 | | | |
| For Period Ending: | 04/26/13 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/12 | INT | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.24 | | 28,924.78 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 36.75 | 28,888.03 |
| 05/10/12 | INT | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 28,888.10 |
| 05/10/12 | | BANK OF AMERICA 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 10.66 | 28,877.44 |
| 05/10/12 | | Trsf To VIRGINIA HERITAGE | FINAL TRANSFER | 9999-000 | | 28,877.44 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 29,170.77 | 29,170.77 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 28,877.44 | |
| Subtotal | 29,170.77 | 293.33 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 29,170.77 | 293.33 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - Non Interest - ********7284 | 0.00 | 28,877.44 | 0.00 |
| Money Market Account (Interest Earn - ********0503 | 29,170.77 | 293.33 | 0.00 |
| | 29,170.77 | 29,170.77 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.31    28,924.85

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*